UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

**ELIZABETH RUTH DABNEY**                             **JUDGMENT IN A CIVIL CASE**

**v.**

**UNITED STATES POSTAL SERVICE**              **CASE NO: 13-2521-A**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Adopting Magistrate Judge's Report And Recommendation entered on August 16, 2013, this cause is hereby dismissed.


**APPROVED:**

**s/ S. Thomas Anderson**
**UNITED STATES DISTRICT COURT**

**DATE: 8/19/2013**                                          **THOMAS M. GOULD**
                                                             **Clerk of Court**


                                                               **s/Terry L. Haley**
                                                            **(By)   Deputy Clerk**